**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00992-CV

**FRISCO SQUARE DEVELOPERS, LLC, Appellant**

**V.**

**KPITCH ENTERPRISES, LLC, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-01983-2016**

## ORDER

Before the Court is appellee's October 17, 2016 motion for extension of time to file appellee's brief and appellant's October 18, 2016 response to appellee's motion. The Court **GRANTS** appellee's request. We **ORDER** appellee to file the brief within **TWENTY DAYS** from the date of this order.

The Court is directed to set this case at issue.

/s/ ELIZABETH LANG-MIERS
   JUSTICE